IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT P. BENYAMINI,

        Plaintiff,                No. CIV S-10-0101 GGH P

    vs.

V. OGBEIDE, et al.,

        Defendants.       ORDER

_____/

        Plaintiff has filed a request for reconsideration of the undersigned's order of April 30, 2010.  Before the matter can be referred to a District Judge, the Clerk of the Court must first randomly assign a United States District Judge to this action.

        IT IS SO ORDERED.

DATED: 06/02/10

                        /s/ Gregory G. Hollows

                        UNITED STATES MAGISTRATE JUDGE

GGH:009
beny0101.rcn