IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT BENYAMINI,

      Plaintiff,                      No. CIV S-10-0101 FCD GGH P

    vs.

V. OGBEIDE, et al.,

      Defendants.          ORDER

                           /

        On April 30, 2010, the Magistrate Judge issued an order dismissing two of defendants, Ogbeide and Vicks, from the complaint with leave to amend. On May 25, 2010, plaintiff filed a motion for reconsideration of that order. Local Rule 303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within fourteen (14) days . . . from the date of service of the ruling on the parties. . .." Plaintiff's motion for reconsideration of the magistrate judge's order of April 30, 2010 is therefore untimely.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's May 25, 2010, motion for reconsideration (Docket No. 8) is denied.

DATED: June 25, 2010.

                                      FRANK C. DAMRELL, JR.
                                      UNITED STATES DISTRICT JUDGE