IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT P. BENYAMINI,

      Plaintiff,                                 No. CIV S-10-0101 FCD GGH P

    vs.

V. OGBEIDE, et al.,

      Defendants.                <u>ORDER</u>

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On September 29, 2010, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Byrd was returned unserved because "per CMC," this employee has been "terminated." Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the complaint filed January 13, 2010;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for each defendant;

    b. Two copies of the endorsed complaint filed January 13, 2010; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: November 16, 2010

    /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:md
beny0101.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT P. BENYAMINI,

      Plaintiff,                            No. CIV S-10-0101 FCD GGH P

      vs.

V. OGBEIDE, et al.,                      NOTICE OF SUBMISSION

      Defendants.                    OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _____       completed summons form

      __1__       completed USM-285 form

      __2__       copies of the January 13, 2010 Complaint

DATED:

                                                                             Plaintiff