IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT P. BENYAMINI,

    Plaintiff,                    No. CIV S-10-0101 FCD GGH P

    vs.

V. OGBEIDE, et al.,

    Defendants.                <u>ORDER</u>

_____/

On December 6, 2010, plaintiff filed "objections" to, which the court construes as a request for reconsideration of, the magistrate's order filed on November 22, 2010, vacating plaintiff's September 22, 2010, motion for a stay pending appeal as both inapposite and moot. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed November 22, 2010, is affirmed.

DATED: January 4, 2011.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE