UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENYAMINI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>V. OGBEIDE, et al.,<br><br>　　　　Defendants. | No.  2:10-cv-0101 KJM DAD P<br><br><br>ORDER |

On January 12, 2015, defendants filed notice of the status of plaintiff's pending appeals to the United States Court of Appeals to the Ninth Circuit and updated objections to reopening this action, ECF No. 63.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff is granted fourteen days from the date of this order in which to file a response to defendants' January 12, 2015 notice and updated objections.  Plaintiff's failure to respond to this order will be viewed as a failure to prosecute and will result in the action remaining closed for that reason.

DATED:  February 5, 2015.

_____
UNITED STATES DISTRICT JUDGE

1